IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Robinson, Charlene | Case Number: 08 B 01048 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 1/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 2, 2008
Confirmed: March 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,862.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,675.97 |
| Trustee Fee: | | 186.03 |
| Other Funds: | | 0.00 |
| Totals: | 2,862.00 | 2,862.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 2,675.97 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 25,418.26 | 0.00 |
| 4. | Corporate America Family CU | Unsecured | 1,236.75 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 667.59 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 699.77 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 839.77 | 0.00 |
| 8. | B-Real LLC | Unsecured | 335.16 | 0.00 |
| 9. | Consumer Finance Corporation | Unsecured | 5,739.54 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 490.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 351.10 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 833.16 | 0.00 |
| 13. | ACC Consumer Finance | Secured | | No Claim Filed |
| 14. | ACC Consumer Finance | Unsecured | | No Claim Filed |
| 15. | AIS Services | Unsecured | | No Claim Filed |
| 16. | West Asset Management | Unsecured | | No Claim Filed |
| 17. | Allgate Financial | Unsecured | | No Claim Filed |
| 18. | Professional Collection | Unsecured | | No Claim Filed |
| 19. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 21. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 39,925.10 | $ 2,675.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Charlene | Case Number:  08 B 01048 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  1/17/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 186.03 |
| | _____ |
| | $ 186.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

